No. 264, October Term, 1944. GUARANTY TRUST Co. v. YORK. October 8, 1945. The motion to recall mandate, retax costs and to modify the judgment is also denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application. 326 U. S. 99.

No. 506, October Term, 1944. MOSHER v. HUNTER, WARDEN. October 8, 1945. Second petition for rehearing denied. 325 U. S. 838.

No. 820, October Term, 1944. 10 EAST 40TH STREET BUILDING, INC. v. CALLUS ET AL. See *ante,* p. 686.

No. 1220, October Term, 1944. ARMOUR & Co. v. BOWLES, PRICE ADMINISTRATOR. October 8, 1945. The motion in the alternative for leave to file briefs on the merits is also denied. 325 U. S. 871.

No. 1235, October Term, 1944. NATHANSON v. ILLINOIS. October 8, 1945. The motion for leave to file petition for rehearing is denied. 325 U. S. 872.

No. 1294, October Term, 1944. JONES & LAUGHLIN STEEL CORP. v. NATIONAL LABOR RELATIONS BOARD. October 8, 1945. The CHIEF JUSTICE took no part in the consideration or decision of this application. 325 U. S. 886.

No. 853, October Term, 1944. AKINS v. TEXAS. October 15, 1945. MR. JUSTICE BURTON took no part in the consideration or decision of this application. 325 U. S. 398.